UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHRISTOPHER DOWTIN,<br>Defendant. | CASE NO. 3:25 cr 032<br>JUDGE THOMAS M. ROSE<br>INDICTMENT<br>18 U.S.C. § 641<br>18 U.S.C. § 1343 |

FILED
RICHARD W. NAGEL
CLERK OF COURT
APR 22 2025 3:35 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

THE GRAND JURY CHARGES:

**COUNT 1**
**[18 U.S.C. § 641]**
**(Theft of Government Money, Property, or Records)**

Between on or about June 5, 2024 and continuing through February 20, 2025, in the Southern District of Ohio and elsewhere, defendant **CHRISTOPHER DOWTIN**, willfully and knowingly stole and converted to his own use or the use of another, money of the United States in the amount of $32,495,888.58, that is, a federal tax return refund check issued by the United States Treasury to "Company #1", in violation of 18 U.S.C. § 641.

**COUNT 2**
**[18 U.S.C. § 641]**
**(Theft of Government Money, Property, or Records)**

Between on or about June 5, 2024 and continuing through February 20, 2025, in the Southern District of Ohio and elsewhere, defendant **CHRISTOPHER DOWTIN**, willfully and knowingly stole and converted to his own use or the use of another, money of the United States in

the amount of $26,156.50, that is, a federal tax return refund check issued by the United States Treasury to "Company #2", in violation of 18 U.S.C. § 641.

**COUNTS 3 through 8**
**[18 U.S.C. § 1343]**
**(Wire Fraud)**

Between on or about February 13, 2025 and February 20, 2025, in the Southern District of Ohio and elsewhere, the defendant, **CHRISTOPHER DOWTIN**, devised and intended to devise a scheme and artifice to defraud the United States Treasury, a department of the United States, to obtain money, proceeds and other property by means of false and fraudulent pretenses, representations and promises.

It was part of the scheme that **CHRISTOPHER DOWTIN** falsely and fraudulently created multiple Internal Revenue Service ("IRS") forms, including IRS Form 56 Notice Concerning Fiduciary Relationship, IRS Form 2848 Power of Attorney and Declaration of Representative, and IRS Form 8822-B Change of Address or Responsible Party to the IRS in support of his claim that he was the rightful recipient of two corporate tax return refund checks. **CHRISTOPHER DOWTIN** submitted these IRS forms to the IRS with the intent to defraud the United States Treasury of monies it owed to corporations by becoming the responsible party, *i.e.*, the recipient, for any money owed to the corporation by the United States Treasury. Once **CHRISTOPHER DOWTIN** successfully caused the IRS to convert two corporate tax accounts to his name and address, **CHRISTOPHER DOWTIN** became the recipient of two corporate federal tax return refund checks issued by the United States Treasury.

**CHRISTOPHER DOWTIN** took the two United States Treasury checks he received in the mail to a financial institution in the Southern District of Ohio for the purpose of opening a brokerage account and funding the account with the fraudulently obtained United States Treasury

checks.

On or about the date set forth below, in the Southern District of Ohio and elsewhere, the defendant, for the purposes of executing the above-described scheme, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below from Georgia to Beavercreek, Ohio:

| **Count** | **Electronic Transmission Date** | **Transmission** |
|---|---|---|
| **3** | 2/14/2025 | Email with attachments |
| **4** | 2/14/2025 | Email with attachments |
| **5** | 2/18/2025 | Email with attachments |
| **6** | 2/18/2025 | Email with attachments |
| **7** | 2/18/2025 | Phone call |
| **8** | 2/20/2025 | Phone call |

In violation of 18 U.S.C. § 1343.

A TRUE BILL

S

FOREPERSON

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

**AMY M. SMITH (0081712)**
**Assistant United States Attorney**