IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:25-CR-00032-01 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| CHRISTOPHER DOWTIN | : | **MOTION TO WITHDRAW AS COUNSEL** |
| Defendant. | : | |
| | : | |

Now comes James P. Fleisher of the law firm of Bieser, Greer, & Landis, LLP, and respectfully requests leave to withdraw as counsel for the Defendant, Christopher Dowtin. As grounds for this motion, counsel avers that the attorney-client relationship has irretrievably broken down and that counsel is unable to communicate effectively with Mr. Dowtin. Moreover, Mr. Dowtin asserts that he never consented to representation by appointed counsel and does not wish the undersigned to represent him.

Respectfully submitted,

/s/ *James P. Fleisher*

James P. Fleisher
Atty. Reg. No. 0059509
*Attorney for Defendant, Christopher Dowtin*
BIESER, GREER & LANDIS LLP
409 E. Monument Ave., Suite 400
Dayton, OH 45402
Tel: 937-223-3277
Email: jpf@biesergreer.com;
Fax: 937-250-7783

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2025, I electronically filed the foregoing *Motion to Withdraw as Counsel* with the Clerk of the United States District Court for the Southern District of Ohio by way of the Court's electronic filing system CM/ ECF, which will send notification to all parties of record.

BIESER, GREER & LANDIS LLP

/s/*James. P. Fleisher*
James P. Fleisher, Esq.
Atty Reg No. 0059509