# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case Nos. 3:25-cr-32; 3:25-cr-80 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| CHRISTOPHER DOWTIN, | : | |
| Defendant. | : | |

# ORDER

This case came before the Court for Defendant's Rule 5 Initial Appearance on Bond Violation(s) in Case No. 3:25-cr-32 and Defendant's initial appearance and arraignment in Case No. 3:25-cr-80. Defendant repeatedly refused to respond to the Court's questions regarding his identity.

Based on the testimony of IRS Agent Ava Mastellone, including her confirmation that Defendant's voice matched an audio recording in which Defendant confirms his identity; Defendant's waiver of an identity hearing in the United States District Court for the Northern District of Georgia in Case No. 3:25-cr-32 (*see* Doc. #21); and Defendant's prior appearance before this Court in Case No. 3:25-cr-32, the Court finds that the person that appeared before the Court is Christopher Dowtin, the named Defendant in these cases.

**IT IS SO ORDERED.**

October 8, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge