UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:25-cr-32 |
| Plaintiff, | : |
| vs. | : District Judge Walter H. Rice |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| CHRISTOPHER DOWTIN, | : |
| Defendant. | : |

## ORDER

This case came before the Court on October 9, 2025 for a bond revocation hearing upon the Government's Motion to Revoke Magistrate's Bond Order (Doc. #19). Assistant United States Attorney Amy Marie Smith participated on behalf of the Government. Defendant was present at the hearing and was represented by Attorney James P. Fleisher.

On August 26, 2025, the Government submitted a Motion to Revoke Magistrate's Bond Order advising the Court that Defendant violated his conditions of release by contacting the IRS on a matter other than his personal income taxes. (Doc. #19). Thereafter, Defendant did not appear for a Motion Hearing that was scheduled for August 27, 2025, at 9:30 a.m. before District Judge Rose. That day, Judge Rose issued a warrant for Defendant's arrest. (Doc. #20).

Pursuant to 18 U.S.C. § 3148, a person who has been released on bond pursuant to 18 U.S.C. § 3142 and who has violated a condition of his release is subject to a revocation of release and an order of detention. Section 3148(b) provides, in relevant part, that the judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer finds that there is

clear and convincing evidence that the person has violated any other condition of release and that the person is unlikely to abide by any condition or combination of conditions of release.

The undersigned finds that there is clear and convincing evidence that Defendant has violated conditions of release.  Specifically, the Court finds that Defendant violated condition 5, requiring him to appear in Court, when he failed to appear before District Judge Rose on August 27, 2025.  Additionally, Defendant violated condition 9(cc) of "no contact with the IRS except as to his personal income tax return" when he filed IRS Form SS-4, Application for Employer Identification Number on May 19, 2025.  Moreover, based on the violations committed by Defendant, the Court also finds Defendant is unlikely to abide by any condition or combination of conditions of release.

**IT IS THEREFORE ORDERED** that the bond previously set in this matter is revoked and that Defendant be detained pending resolution of the criminal charges against him.

October 10, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge