IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:25-CR-32 |
| Plaintiff | : | JUDGE WALTER H. RICE |
| v. | : | |
| CHRISTOPHER DOWTIN | : | NOTICE OF SPEEDY TRIAL CALCULATION |
| Defendant | : | |

Now comes the United States and hereby provides Notice to the Court of the Speedy Trial Calculations in this matter. The speedy trial clock began to count on the April 22, 2025 Indictment date. On June 3, 2025, a Motion to Continue Trial (Doc. 15) was filed, tolling the clock. A total of 42 days had passed as of the date of that Motion. By Order of the Court (Doc. 16), the trial was rescheduled to November 17, 2025.

Before the trial date and on July 22, 2025, a Motion to Withdraw as Counsel was filed. (Doc. 18). By Order of the Court (Doc. 38) on December 31, 2025, the Motion to Withdraw was resolved. The speedy trial clock resumed after this Order and continued through January 12, 2026, adding an additional 12 days to the speedy trial clock (54 days total). On January 12, 2026, this Court issued a Trial Schedule setting this matter for trial on February 9, 2026, which had been discussed by and agreed to by the parties in a telephone conference on January 9, 2026. (Doc. 42). Thus, the government believes that a total of 54 days has passed for purposes of the speedy trial clock.

However, given Defendant's continuing objection to these proceedings and the Court's jurisdiction over this criminal case, argument could be made that Defendant did not consent to

the new date. Should the time between January 12, 2026 and trial on February 9, 2026 not toll by Defendant's consent, the government provides the following additional analysis. On January 14, 2026, during a conference call with the Court, the government made an oral motion for a *Lafler* hearing (tolling the clock); the hearing was set for January 23, 2026. Thus, the speedy trial clock resumed on December 31, 2025 and would have continued counting until January 14, 2026, adding 14 days to the original 42 days (now 56 days total). At the *Lafler* hearing on January 23, 2026, this Court made an ends of justice finding through January 30, 2026 to allow for Mr. Dowtin to consider his plea offer, thus tolling the clock through January 30, 2026. Assuming the clock resumes on January 31, 2026, an additional 10 days will pass before the currently scheduled trial date of February 9, 2026. This would bring the total speedy trial days to 66 days.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/Amy M. Smith

AMY M. SMITH (0081712)
ERICA D. LUNDERMAN (0098342)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Tel: (937) 225-2910
Fax: (937) 225-2564
Amy.Smith2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on defendant's standby counsel on the same date as filing via the Court's ECF System and a filed copy will be emailed to the defendant at the email address he provided.

s/Amy M. Smith
AMY M. SMITH
Assistant United States Attorney