IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :
    Plaintiff,

v.  :  Case No. 3:25-CR-32

CHRISTOPHER DOWTIN,      JUDGE WALTER H. RICE
    Defendant,  :

---

ENTRY SETTING DEFENDANT CHRISTOPHER DOWTIN'S
RESPONSE DATE FOR PLAINTIFF'S MOTION IN LIMINE (DOC. #45)

---

On January 26, 2026, Plaintiff United States of America filed a motion in limine seeking to preclude Defendant Christopher Dowtin from making certain arguments before the jury. Doc. #45. Should Defendant wish to file a response in opposition to the motion, such response must be filed by **Thursday, February 5, 2026**. Plaintiff will not be permitted to file a reply memoranda.

In Defendant's response to the motion, should he choose to file one, he should be prepared to suggest how to instruct the jury in this case. A future date will be set by the Court for the submission of formal jury instructions from both sides.

Date: January 29, 2026

*Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE