UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:25-CR-032-WHR |
| Plaintiff, | : | MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT |
| v. | : | |
| CHRISTOPHER DOWTIN, | : | |
| Defendant. | : | |

Pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Southern District of Ohio, hereby moves to dismiss pretrial Count 7 and Count 8 of the Indictment. This motion is based upon the attached memorandum of points and authorities, the files and records in this case, and such evidence or argument as may be presented at any hearing on this motion.

DATED: February 3, 2026

Respectfully submitted,

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

s/Amy M. Smith
AMY M. SMITH (0081712)
ERICA D. LUNDERMAN (0098342)
Assistant United States Attorneys
Attorneys for Plaintiff
Walter H. Rice Federal Building
200 West Second Street, Suite 600
Dayton, OH 45402
Telephone: (937) 225-2910
Fax: (937) 225-2564
Amy.Smith2@usdoj.gov

## **MEMORANDUM OF POINTS AND AUTHORITIES**

To streamline proceedings at trial, the United States moves to dismiss voluntarily the following counts of the Indictment alleging violations of the federal wire fraud statute against defendant Christopher Dowtin. Federal Rule of Criminal Procedure 48(a) provides that "the government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. Proc. 48(a). "Separation-of-powers concerns generally require a district court to defer to the government's decision to seek a dismissal of [certain] criminal charge[s] because a denial of the motion would represent an intrusion upon prosecutorial prerogative." *United States v. Gonzalez*, 58 F.3d 459, 462 (9th Cir. 1995).

The indictment currently charges Mr. Dowtin with multiple counts of wire fraud. To streamline trial and to promote judicial economy, the United States moves to dismiss Count 7 and Count 8, which number among those charges. The proposed dismissal would leave undisturbed all remaining counts of the Indictment, including: Counts 1 through 6.

Wherefore, the United States respectfully requests that the Court grant this motion to dismiss Count 7 and Count 8 of the Indictment.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 3rd day of February 2026, via the Court's ECF system.

                                                     s/Amy M. Smith
                                                   Amy M. Smith
                                                   Assistant United States Attorney