# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.
CHRISTOPHER DOWTIN
*Defendant*

Case No. 3:25 - CR- 32

**WAIVER OF TRIAL BY JURY**

I understand that I have been charged with criminal offenses by way of an Indictment filed in this Court. The Court has advised me of my rights to a trial by jury.

Pursuant to Rule 23(a)(1) of the Federal Rules of Criminal Procedure, I hereby waive my right to a trial by jury in this case and agree to a trial by the Court instead.

Date: 2/11/2026

UCC 1-308 without prejudice Chris-James: Dowtin
*Defendant's signature*

[signature]
*Signature of defendant's attorney* standby

James P. Fleisher
*Printed name of defendant's attorney*

Walter H. Rice
*Judge's signature*

WALTER H. RICE, USDJ
*Judge's printed name and title*