***TRIAL Minutes in the matter of :*** Date: 17 February 2026

***United States of America v. Christopher Dowtin*** Case No. 3:25-cr-000032

Counsel for Plaintiff: **AUSA, Amy Smith & Erica Lunderman**
IRS Special Agent**: Maxwell Dewalt**

AUSA Paralegal**: Ali Gezinski**

Standby Counsel for Defendant: **James Fleisher**

Court Reporter: **Caryl Blevins**

USM**: Jacob Stose, Kyle Rickert**

*Meeting in chambers 8:50 – 8:54 – Defendant, Christopher Dowtin, Standby Counsel, James Fleisher, AUSA, Amy Smith & Erica Lunderman, Law Clerks, James R. Smerbeck and Daniel L Wiest USM, Jacob Stose and Kyle Rickert and Caryl Blevins, Court Reporter appearing.*

Defendant appeared in open Court.

Statement by the Court.

Opening statement by the government.

The Court on its own motion ordered separation of the witnesses and the parties responsible for enforcing that order.

Defendant declined to make an opening statement.

| PL | DF | Item Description / Witness | Exhibit Identified | Published | Admitted |
|---|---|---|---|---|---|
| X | | **Government calls witness, John Lumpkin, Financial Advisor, Morgan Stanley**<br>Witness sworn in by the Court. Testimony was taken by the government. Defendant identified by the government. | | | |
| | | • Government exhibit No.2 | X | X | X |
| | | • Government exhibit 3 | X | X | X |
| | | • Government exhibit 4 | X | X | X |
| | | • Government exhibit 5 | X | X | X |
| | | • Government exhibits 6, 6.1, 6.2 & 6.3 | X | X | X |
| | | • Government exhibits 7, 7.1, 7.2, 7.3 & 7.4 | X | X | X |
| | | • Government exhibits 8, 8.1, 8.2, 8.3 | X | X | X |
| | | • Government exhibits 9, 9.1, 9.2, 9.3 | X | X | X |
| | | | X | X | X |
| | X | Pro Se Defendant declined to cross exam the witness. | | | |
| X | | **Government calls witness, Tina Habecker, Comcast Corporation** | | | |

| PL | DF | Item Description / Witness | Exhibit Identified | Published | Admitted |
|---|---|---|---|---|---|
| | | Witness sworn in by the Court. Testimony was taken by the government. Defendant identified by the government. | | | |
| | | • Government exhibit No.2 | X | X | X |
| | | • Government exhibit 7.1 | X | X | X |
| | | • Government exhibit 7.3 | X | X | X |
| | | • Government exhibit 6.1 | X | X | X |
| | X | Pro Se Defendant declined to cross exam the witness. | | | |
| | | *RECESS: 9:56 – 10:10* | | | |
| X | | **Government calls witness, Susan O'Banion, Head of Tax Planning and Tax Contraversy for Capitol One Services fka Discovery Financial Services Discover Financial Services** Witness sworn in by the Court. Testimony was taken by the government. | | | |
| | | • Government Exhibit 3 | X | X | X |
| | | • Government Exhibit 10 | X | X | X |
| | | • Government Exhibit 11 | X | X | X |
| | | • Government Exhibit 12 | X | X | X |
| | | • Government Exhibit 15 | X | X | X |
| | | • Government Exhibit 6.2 | X | X | X |
| | | • Government Exhibit 14 | X | X | X |
| | X | Pro se Defendant declined to cross witness. | | | |
| X | | **Government calls witness Salvatore Hazel, Internal Revenue Service** Witness sworn in by the Court. Testimony was taken by the government. | | | |
| | | • Government Exhibit 10 | X | X | X |
| | | • Government Exhibit 11 | X | X | X |
| | | • Government Exhibit 12 | X | X | X |
| | | • Government Exhibit 9.1, 9.2, 9.3 | X | X | X |
| | | • Government Exhibit 14 | X | X | X |
| | | • Government Exhibit 6.2 | X | X | X |
| | | • Government Exhibit 3 | X | X | X |
| | | • Government Exhibits 8.1 & 8.2, 8.3 | X | X | X |
| | | • Government Exhibit 6.1, 6.3 | X | X | X |
| | | • Government Exhibit 2 | X | X | X |
| | | • Government Exhibit 16 | X | X | X |
| | | • Government Exhibit 17 | X | X | X |
| | X | Pro se Defendant declined to cross witness. | | | |
| | | *RECESS 11:46 – 11:55* | | | |

| PL | DF | Item Description / Witness | Exhibit Identified | Published | Admitted |
|---|---|---|---|---|---|
| X | | **Government calls witness Jason Lobenthal, Jail investigative Unit – Butler County Sheriff's Office**<br>Witness sworn in by the Court. Testimony was taken by the government.<br>• Exhibit 1<br>• Exhibit 1.1<br>• Exhibit 20<br>• Gov. Exhibit 21<br>• Gov. Exhibit 22.1 | X<br>X<br>X<br>X<br>X | <br>X<br>X<br>X<br>X | <br>X<br>X<br>X<br>X |
| | X | Pro se Defendant declined to cross witness.<br><br>*RECESS: 12:08-1:16* | | | |
| X | | **Government Maxwell Sullivan, IRS Special Agent, Criminal Investigation, Detroit Field Office.**<br>Witness sworn in by the Court. Testimony taken by the government.<br>• Government Exhibit 19<br>• Government Exhibit 19.1<br>• Government Exhibit 19.2<br>• Government Exhibit 19.3<br>• Government Exhibit 19.4<br>• Government Exhibit 19.6<br>• Government Exhibit 19.7<br>• Government Exhibit 19.8<br>• Government Exhibit 18-1<br>• Government Exhibit 1.1<br>Witness identified Defendant wearing glasses and white and orange jumpsuit | X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X | <br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X | <br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X |
| | X | Pro se Defendant declined to cross witness. | | | |
| X | | **Lance Kepple, Retired, FBI Federal Cellular Analysis and Survey (CASS). Co-Founder/ ofPreci sion Cellular Analysis.**<br>Witness sworn in by the Court. Testimony taken by government.<br>• Government Exhibit 6<br>• Government Exhibit 7 | X<br>X | X<br>X | X<br>X |
| | X | Pro se Defendant declined to cross witness. | | | |
| X | | Government moves for **admission of Exhibits** 2, 3, 4, 5, 6, 6.1, 6.2, 6.3, 7, 7.1, 7.2, 7.3, 7.4, 8, 8.1, 8.2, 8.3, 9, 9.1, 9.2, 9.3, 10, 11, 12, 14, 15, | | | |

| PL | DF | Item Description / Witness | Exhibit Identified | Published | Admitted |
|---|---|---|---|---|---|
| | | 16, 17, 18, 18.1, 19.1, 19.2, 19.3, 19.4, 19.6, 19.7, 19.8<br><br>Defendant does not object to admission of Government Exhibits 2, 3, 4, 5, 6, 6.1, 6.2, 6.3, 7, 7.1, 7.2, 7.3, 7.4, 8, 8.1, 8.2, 8.3, 9, 9.1, 9.2, 9.3, 10, 11, 12, 14, 15, 16, 17, 18, 18.1, 19.1, 19.2, 19.3, 19.4, 19.6, 19.7, 19.8<br><br>Gov. Exhibits entered into evidence: 2, 3, 4, 5, 6, 6.1, 6.2, 6.3, 7, 7.1, 7.2, 7.3, 7.4, 8, 8.1, 8.2, 8.3, 9, 9.1, 9.2, 9.3, 10, 11, 12, 14, 15, 16, 17, 18, 18.1, 19.1, 19.2, 19.3, 19.4, 19.6, 19.7, 19.8<br><br>**Government RESTS** | | | |
| | X | **Christopher Dowtin, Defendant**<br><br>Court will permit the defendant to testify in a narrative form.<br><br>Defendant sworn in by the Court.<br><br>Witness identified himself as flesh and blood man, acknowledged that he is in representation of Defendant, Christopher Dowtin.<br><br>Testimony of defendant.<br><br>Gov. Ext 7.1 Form 2848<br>Gov. Ext 8.1 Form 56 Comcast Corp.<br>Gov. Ex 6.3<br><br>Defendant rests.<br><br>*RECESS: 2:36-3:00* | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>X<br>X<br>X | | |
| X | | **Cross-examination of the defendant by government.**<br><br>Gov Ex. 8.1<br>Gov Ex 6.3<br>Gov. Ex. 2<br>Gov. Ex. 3<br>Gov. Ex. 6.1 | <br><br><br>X<br>X<br>X<br>X<br>X | | |

| PL | DF | Item Description / Witness | Exhibit Identified | Published | Admitted |
|---|---|---|---|---|---|
| | | Gov. Ex. 6.3<br>Gov. Ex. 7.2<br>Gov Ex. 15 | X<br>X<br>X | | |
| | X | **Further testimony (redirect) by pro se defendant.** | | | |
| | | **Court examination of witness**<br><br>Gov. Exhibit 15 | <br><br>X | | |
| X | | **Recross by government.** | | | |
| | X | **Further statement by pro se defendant.** | | | |
| | | **Further examination of Witness by the Court** | | | |
| | X | **Defendant rests.** | | | |
| | | *RECESS: 3:44-4:03* | | | |
| X | | **Government closing argument.** | | | |
| | X | **Closing argument by defendant.** | | | |
| | | Dialogue with the Court regarding miscellaneous filings/lodgings. | | | |

COURT REPORTER: Caryl Blevins CONVENE: 9:01/10:10/11:55/1:16/3:00/4:03
DEPUTY CLERK: Bethany Russell RECESS: 9:56/11:46/12:08/2:36/3:44/4:37