IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| | * | Case No. 3:25-CR-032 |
| UNITED STATES OF AMERICA, | | JUDGE WALTER H. RICE |
| Plaintiff, | * | |
| v. | | **VERDICT FORM** |
| CHRISTOPHER DOWTIN | * | |
| Defendant. | | **COUNT ONE: KNOWING AND WILLFUL** |
| | * | **THEFT OF GOVERNMENT MONEY,** |
| | | **PROPERTY, OR RECORDS** |

---

Defendant having waived a Jury in the captioned cause, the matter proceeded to Trial before the Court.

I find the Government has sustained its burden of proof beyond a reasonable doubt and, therefore, find the Defendant, CHRISTOPHER DOWTIN, Guilty as charged in Count One of the Indictment.

Date: March 9, 2026

Walter H. Rice

(Dictated by Judge Rice and reviewed by him
prior to electronic signature being affixed)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

Having found the Defendant, CHRISTOPHER DOWTIN, guilty as to Count One in the Indictment, I further find that the government has sustained its burden of proof beyond a reasonable doubt and, accordingly, find that the defendant is guilty as charged in Count One of the Indictment in the amount of $32,495,888.58 in the form of a federal tax refund check issued by the United States Treasury to "Company 1".

Date: March 9, 2026

(Dictated by Judge Rice and reviewed by him prior to electronic signature being affixed)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

The defendant is hereby immediately referred to the United States Probation Department for a Pre-Sentence Investigation.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| | * | Case No. 3:25-CR-032 |
| UNITED STATES OF AMERICA, | | JUDGE WALTER H. RICE |
| Plaintiff, | * | |
| v. | | **VERDICT FORM** |
| CHRISTOPHER DOWTIN | * | |
| Defendant. | | **COUNT TWO: KNOWING AND WILLFUL** |
| | * | **THEFT OF GOVERNMENT MONEY, PROPERTY, OR RECORDS** |

Defendant having waived a Jury in the captioned cause, the matter proceeded to Trial before the Court.

I find the Government has sustained its burden of proof beyond a reasonable doubt and, therefore, find the Defendant, CHRISTOPHER DOWTIN, Guilty as charged in Count Two of the Indictment.

Date: March 9, 2026

Walter H. Rice

(Dictated by Judge Rice and reviewed by him prior to electronic signature being affixed)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

3

Having found the Defendant, CHRISTOPHER DOWTIN, guilty as to Count Two in the Indictment, I further find that the government has sustained its burden of proof beyond a reasonable doubt and, accordingly, find that the defendant is guilty as charged in Count Two of the Indictment in the amount of $26,156.50 in the form of a federal tax refund check issued by the United States Treasury to "Company 2".

Date: March 9, 2026

_____

(Dictated by Judge Rice and reviewed by him prior to electronic signature being affixed)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

The defendant is hereby immediately referred to the United States Probation Department for a Pre-Sentence Investigation.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  | | |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA, | | Case No. 3:25-CR-032 |
| Plaintiff, | * | JUDGE WALTER H. RICE |
| v. | | |
| CHRISTOPHER DOWTIN | * | **VERDICT FORM** |
| Defendant. | | |
| | * | **COUNT THREE: WIRE FRAUD** |

---

Defendant having waived a Jury in the captioned cause, the matter proceeded to Trial before the Court.

I find the Government has sustained its burden of proof beyond a reasonable doubt and, therefore, find the Defendant, CHRISTOPHER DOWTIN, Guilty as charged of Wire Fraud in Count Three of the Indictment.

Date: March 9, 2026

Walter H. Rice

(Dictated by Judge Rice and reviewed by him prior to electronic signature being affixed)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

The defendant is hereby immediately referred to the United States Probation Department for a Pre-Sentence Investigation.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | * |  |
| UNITED STATES OF AMERICA, |  | Case No. 3:25-CR-032 |
| Plaintiff, | * | JUDGE WALTER H. RICE |
| v. |  |  |
| CHRISTOPHER DOWTIN | * | **VERDICT FORM** |
| Defendant. |  |  |
|  | * | **COUNT FOUR: WIRE FRAUD** |

Defendant having waived a Jury in the captioned cause, the matter proceeded to Trial before the Court.

I find the Government has sustained its burden of proof beyond a reasonable doubt and, therefore, find the Defendant, CHRISTOPHER DOWTIN, Guilty as charged of Wire Fraud in Count Four of the Indictment.

Date: March 9, 2026

Walter H. Rice

_____
(Dictated by Judge Rice and reviewed by him prior to electronic signature being affixed)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

The defendant is hereby immediately referred to the United States Probation Department for a Pre-Sentence Investigation.

6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA, | | Case No. 3:25-CR-032 |
| Plaintiff, | * | JUDGE WALTER H. RICE |
| v. | | |
| CHRISTOPHER DOWTIN | * | **VERDICT FORM** |
| Defendant. | | |
| | * | **COUNT FIVE: WIRE FRAUD** |

Defendant having waived a Jury in the captioned cause, the matter proceeded to Trial before the Court.

I find the Government has sustained its burden of proof beyond a reasonable doubt and, therefore, find the Defendant, CHRISTOPHER DOWTIN, Guilty as charged of Wire Fraud in Count Five of the Indictment.

Date: March 9, 2026

Walter H. Rice

(Dictated by Judge Rice and reviewed by him prior to electronic signature being affixed)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

The defendant is hereby immediately referred to the United States Probation Department for a Pre-Sentence Investigation.

7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Case No. 3:25-CR-032 |
| Plaintiff, | * | JUDGE WALTER H. RICE |
| v. |  |  |
| CHRISTOPHER DOWTIN | * | **VERDICT FORM** |
| Defendant. |  |  |
|  | * | **COUNT SIX: WIRE FRAUD** |

Defendant having waived a Jury in the captioned cause, the matter proceeded to Trial before the Court.

I find the Government has sustained its burden of proof beyond a reasonable doubt and, accordingly, find the Defendant, CHRISTOPHER DOWTIN, Guilty as charged of Wire Fraud in Count Six of the Indictment.

Date: March 9, 2026

Walter H. Rice

(Dictated by Judge Rice and reviewed by him prior to electronic signature being affixed)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

The defendant is hereby immediately referred to the United States Probation Department for a Pre-Sentence Investigation.

8