**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA

Plaintiff,

vs.

CHRISTOPHER DOWTIN

Defendant.

CASE NO. 3:25-cv-032 (1)

DISTRICT JUDGE WALTER H. RICE

---

**ENTRY ORDERING DEFENDANT TO SURRENDER TO THE UNITED STATES MARSHALS SERVICE IN COLUMBIA OR FLORENCE, SOUTH CAROLINA, ON AUGUST 12, 2026, TO BE TAKEN INTO CUSTODY AND CONVEYED TO FCI WILLIAMSBURG SCP**

---

The defendant is ordered to surrender to the United States Marshals' Office nearest his residence **by noon on Wednesday, August 12, 2026**, to be taken into custody to serve his sentence at the FCI Williamsburg SCP. The defendant may surrender at either United States Marshals Service in Columbia SC, 901 Richland, Street, Suite 1300. Columbia, SC 29201, or United States Marshals Service in Florence SC, 401 West Evans Street, Suite 215, Florence, SC 29501.

Date: 8/11/2026

Walter H. Rice

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**